# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Jimmy Louis Stewart, Jr.,  )<br>  )<br>      Defendant.  ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:23-cr-164 |

    The undersigned shall hold a pretrial status conference with counsel by telephone on January 21, 2025, at 2:15 PM CST to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301. When prompted for "Call ID," the counsel should enter Meeting ID 292466149 followed by #. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

    **IT IS SO ORDERED.**

    Dated this 27th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court