# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,            )<br>                                                      )<br>                       Plaintiff,      )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>Jimmy Louis Stewart, Jr.,            )<br>                                                      )<br>                       Defendant.   ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:23-cr-164 |

The undersigned shall hold a pretrial status conference with counsel by telephone on June 24, 2025, at 9:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court